IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JANE DOE (S.R.C.), an individual § § *Plaintiff*, § § VS. § § G6 HOSPITALITY, LLC; § G6 HOSPITALITY IP, LLC; § G6 HOSPITALITY PROPERTY, LLC; § G6 HOSPITALITY PURCHASING, LLC; G6 § HOSPITALITY FRANCHISING, LLC; MOTEL § 6, INC. OPERATING, LP; KRISHNA § HOSPITALITY, INC. D/B/A MOTEL 6, LLC; § AND LANCASTER HOSPITALITY, LLC § D/B/A MOTEL 6 LANCASTER § § *Defendants*. § | CIVIL ACTION NO. 9:23-CV-00165 JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING DEFENDANT KRISHNA HOSPITALITY, INC. D/B/A
MOTEL 6 WEST'S UNOPPOSED MOTION FOR LEAVE TO SEAL DOCUMENT**

Before the Court is Defendant Krishna Hospitality, Inc. d/b/a Motel 6 West (hereinafter "Krishna")'s Unopposed Motion for Leave to Seal Document. [Dkt. 166]. Krishna filed its Motion for Summary Judgment on October 20, 2025. [Dkt. 167]. Because certain information contained in Krishna's motion is designated as Protected Materials or which contain Plaintiff's identity, Krishna files the present motion requesting the Court seal its motion. After considering Krishna's unopposed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Defendant Krishna Hospitality, Inc. d/b/a Motel 6 West's Unopposed Motion for Leave to Seal Document [Dkt. 166] is hereby **GRANTED**. The clerk is **INSTRUCTED** to **SEAL** Krishna's Motion for Summary Judgment. [Dkt. 167].

It is further **ORDERED** that Krishna shall file a redacted version of its Motion for Summary Judgment no later than five (5) days from the date of this Order.

**SIGNED this 21st day of October, 2025.**

_____
Michael J. Truncale
United States District Judge